UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RONALD LLOYD AVILES, | Case No. 8:19-01570 JVS (ADS) |
|---|---|
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING CASE |
| ORANGE COUNTY PROBATION DEPARTMENT, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Answer, Petitioner's Traverse, and all related filings, along with the Report and Recommendation of the assigned United States Magistrate Judge dated March 8, 2021 [Dkt. No. 25].

Finding no objections on file, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation [Dkt. No. 25] is accepted;

2. The Petition is denied and this case is dismissed with prejudice;

3. Petitioner's request for an evidentiary hearing [Dkt. No. 22, p. 3] is denied;

4. Any request for appointment of counsel is denied; and

5. Judgment is to be entered accordingly.

Dated: April 21, 2021

_____
THE HONORABLE JAMES V. SELNA
United States District Judge