JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RONALD LLOYD AVILES, | Case No. 8:19-01570 JVS (ADS) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| ORANGE COUNTY PROBATION DEPARTMENT, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge and Dismissing Case, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED:  April 21, 2021

_____
THE HONORABLE JAMES V. SELNA
United States District Judge